AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Erica Davis; Austin Davis<br>*Plaintiffs*<br>v.<br>Synovus Bank<br>*Defendant* | ) ) ) ) ) | Civil Action No. 6:24-cv-00834-TMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☒ other: this case is dismissed.

This action was *(check one)*:

☒ decided by the Honorable Chief Judge Timothy M. Cain .

*CLERK OF COURT*

s/Ashley Gigous, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Date: August 27, 2024